**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Colorado
                        (State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual  12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

    Check one:

    ☑ Chapter 7
    ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**    Legion Rig Services, LLC

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

    ☑ Unknown

    ___ ___ - ___ ___ ___ ___ ___ ___ ___
    EIN

5. **Debtor's address**

    | Principal place of business | Mailing address, if different |
    |---|---|
    | 32929   County Road 39 | |
    | Number    Street | Number    Street |
    | | PO Box 74 |
    | | P.O. Box |
    | Lucerne      CO  80646 | Lucerne      CO  80646 |
    | City          State  ZIP Code | City          State  ZIP Code |
    | | **Location of principal assets, if different from principal place of business** |
    | Weld County Colorado | |
    | County | Number    Street |
    | | |
    | | City          State  ZIP Code |

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **Legion Rig Services, LLC**         Case number (if known) _____
             Name

**6. Debtor's website** (URL)    legionrigservices.com

**7. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☑ No
- ☐ Yes. Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
                                              MM / DD / YYYY

  Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
                                              MM / DD / YYYY

**Part 3: Report About the Case**

**10. Venue**

Check one:
- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor **Legion Rig Services, LLC**
Name

Case number (*if known*)_____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Aaron Towne | unpaid wages | $ 13,610.25 |
| | Raul Gonzalez | unpaid wages | $ 4,650.00 |
| | Eric Tornquist | unpaid wages | $ 13,333.00 |
| | | Total of petitioners' claims | $ 31,593.25 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Aaron Towne c/o Sawaya Law
Name

1600 Ogden Street
Number   Street

Denver,           CO         80218
City              State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City      State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/27/2020
            MM / DD / YYYY

X _(signature)_
Signature of petitioner or representative, including representative's title

**Attorneys**

David H. Miller
Printed name

The Sawaya & Miller Law Firm
Firm name, if any

1600 Ogden Street
Number   Street

Denver,           CO         80218
City              State      ZIP Code

Contact phone  303-839-1650   Email  dhmiller@sawayalaw

Bar number  8405

State  CO

X _____
Signature of attorney

Date signed  _____
            MM / DD / YYYY

Official Form 205            Involuntary Petition Against a Non-Individual            page 3

Debtor  Legion Rig Services, LLC
        Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Raul Gonzalez c/o Sawaya Law
Name

1600 Ogden Street
Number   Street

Denver,            CO        80218
City               State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

5242 creek trail
Name

Number   Street
Las Cruces         NM        88012
City               State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/27/2020
              MM / DD / YYYY

✗ _Raul E. Gonzales_
Signature of petitioner or representative, including representative's title

---

David H. Miller
Printed name

The Sawaya & Miller Law Firm
Firm name, if any

1600 Ogden Street
Number   Street

Denver,            CO        80218
City               State     ZIP Code

Contact phone  303-839-1650   Email dhmiller@sawayalaw

Bar number   8405

State   CO

✗ _____
Signature of attorney

Date signed   _____
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Eric Tornquist c/o Sawaya Law
Name

1600 Ogden Street
Number   Street

Denver,            CO        80218
City               State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

Number   Street

_____
City               State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

David H. Miller
Printed name

The Sawaya & Miller Law Firm
Firm name, if any

1600 Ogden Street
Number   Street

Denver,            CO        80218
City               State     ZIP Code

Contact phone  303-839-1650   Email dhmiller@sawayalaw

Bar number   8405

State   CO

✗ _____
Signature of attorney

Date signed   _____
              MM / DD / YYYY

---

Official Form 205         Involuntary Petition Against a Non-Individual         page 4

Debtor   Legion Rig Services, LLC
         Name                                                         Case number (if known)_____

### Name and mailing address of petitioner

Raul Gonzalez c/o Sawaya Law
Name

1600 Ogden Street
Number   Street

Denver,                    CO              80218
City                       State           ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City                   State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

David H. Miller
Printed name

The Sawaya & Miller Law Firm
Firm name, if any

1600 Ogden Street
Number   Street

Denver,                    CO              80218
City                       State           ZIP Code

Contact phone  303-839-1650   Email dhmiller@sawayalaw.c(

Bar number  8405

State  CO

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Eric Tornquist c/o Sawaya Law
Name

1600 Ogden Street
Number   Street

Denver,                    CO              80218
City                       State           ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City                   State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03-27-2020
             MM / DD / YYYY

✗ *Eric Tornquist* (signature)
Signature of petitioner or representative, including representative's title

---

David H. Miller
Printed name

The Sawaya & Miller Law Firm
Firm name, if any

1600 Ogden Street
Number   Street

Denver,                    CO              80218
City                       State           ZIP Code

Contact phone  303-839-1650   Email dhmiller@sawayalaw.c(

Bar number  8405

State  CO

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

Official Form 205           Involuntary Petition Against a Non-Individual                     page 4

Debtor   Legion Rig Services, LLC
         Name                                                              Case number (if known)

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Aaron Towne | unpaid wages | $ 13,610.25 |
| Raul Gonzalez | unpaid wages | $ 4,650.00 |
| Eric Tornquist | unpaid wages | $ 13,333.00 |
| | Total of petitioners' claims | $ 31,593.25 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Aaron Towne c/o Sawaya Law
Name

1600 Ogden Street
Number   Street

Denver,                    CO           80218
City                       State        ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number   Street

City                       State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

David H. Miller
Printed name

The Sawaya & Miller Law Firm
Firm name, if any

1600 Ogden Street
Number   Street

Denver,                    CO           80218
City                       State        ZIP Code

Contact phone 303-839-1650   Email dhmiller@sawayalaw.co

Bar number 8405

State   CO

X _____ /s/ David H. Miller _____
Signature of attorney

Date signed  3/27/2020
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor  Legion Rig Services, LLC
        Name                                                          Case number (if known)

**Name and mailing address of petitioner:**

Raul Gonzalez c/o Sawaya Law
Name

1600 Ogden Street
Number   Street

Denver,                        CO        80218
City                           State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                   State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

David H. Miller
Printed name

The Sawaya & Miller Law Firm
Firm name, if any

1600 Ogden Street
Number   Street

Denver,                        CO        80218
City                           State     ZIP Code

Contact phone  303-839-1650   Email  dhmiller@sawayalaw.c

Bar number  8405

State  CO

X _____
Signature of attorney

Date signed  3/27/2020
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Eric Tornquist c/o Sawaya Law
Name

1600 Ogden Street
Number   Street

Denver,                        CO        80218
City                           State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                   State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

David H. Miller
Printed name

The Sawaya & Miller Law Firm
Firm name, if any

1600 Ogden Street
Number   Street

Denver,                        CO        80218
City                           State     ZIP Code

Contact phone  303-839-1650   Email  dhmiller@sawayalaw.c

Bar number  8405

State  CO

X _____
Signature of attorney

Date signed  3/27/2020
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

# THE SAWAYA LAW FIRM
ATTORNEYS AT LAW

*Established 1977*

1600 Ogden Street • Denver, Colorado 80218

303-839-1650 • Toll Free 800-283-8786 • Fax 303-832-7102
Workers' Compensation / Social Security: 303-551-7701 • Fax 303-962-4226
www.sawayalaw.com

| | | |
|---|---|---|
| **Michael G. Sawaya** | Travis Barbarick | |
| **Richard B. Rose** | Robert E. Caldwell ^ | ++ Also admitted in NC |
| **Katherine E. McClure** | Adam M. Harrison > | # Also admitted in FL |
| **Robert D. Wilhite** | William C. Harris | + Also admitted in TN |
| Kristina J. Vasold | Brian M. Caplan | -- Also admitted in WA |
| Sandra L Hagen | John P. Maroney | ^ Also admitted in MO |
| David H. Miller | Robert W. Kitzinger | > Also admitted to VA |
| Nicole J. Ruth ++ # | Matthew A. Weidinger | < Also admitted to MN |
| Sean M. Knight | Marianella Medelius | |
| Jason M. Carpenter | Laura M. Browne | |
| C. Todd Mason + -- | Ellyn S. Rapaport < | |
| Zachary C. Elsner – | | |

March 27, 2020

U.S. Bankruptcy Court
721 19th Street
Denver, CO 80202

**RE: Involuntary Petition Against a Non-Individual – Legion Rig Services, Debtor**

Dear Clerk:

Please find enclosed for filing the following:

1. Involuntary Petition Against a Non-Individual – Legion Rig Services, Debtor
2. Summons to Debtor in Involuntary Case (for issuance)
3. Check for filing fees in the amount of $335.00, payable to Clerk, USBC

Thank you for your kind assistance in regard to this matter. Please contact me if you should have any questions.

Very truly yours

David H. Miller

Enc.